USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
SCOTT HEATH,

     Plaintiff,

 -Against-

LIQUID FLOW, LLC, DOUGLAS CHAN, SB
FAMILY LLC AND FLYING POINT APPAREL,
LLC,

     Defendants.
------------------------------------x

Case No. 10-cv-6838 (BSJ)

Plaintiff/Counterdefendant Scott Heath ("Heath") and Defendant/Counterclaimants, Liquid Flow, LLC, Douglas Chan, SB Family LLC and Flying Point Apparel, LLC, ("Liquid Flow") have resolved their differences and hereby STIPULATE and AGREE that the claims of Heath and Liquid Flow, respectively, are hereby dismissed with prejudice, each party to bear its own attorneys' fees and expenses.

A fully executed copy of this Stipulation shall have the full force and effect of an original.

IT IS SO STIPULATED:
DATED July 6, 2012

FOX ROTHSCHILD LLP

By: _____
JOHN A. WAIT
100 Park Avenue, 15th Floor
New York, New York 10017

Attorneys for Defendant/Counterclaimants,
Liquid Flow, LLC, Douglas Chan, SB Family
LLC and Flying Point Apparel, LLC

DATED July 16, 2012

By: _____
SCOTT HEATH
Plaintiff/Counterdefendant (Pro Se)

SO ORDERED _____
Dated July 17, 2012
BARBARA S. JONES
U.S.D.J.

1